UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X
JULIO GALARZA and VICTOR CONTRERAS, on behalf of
themselves and all other persons similarly situated,

                                                      *Plaintiffs*,      **NOTICE OF**
              -against-      **APPEARANCE**

HYRDRO ENVIRONMENTAL CONTRACTING, CORP.     *Case No.:* CV 18-01380
D/b/a ENVIRO DRILLING & CONTRACTING INC.,     (ADS)(ARL)
HYDRO TECH ENVIRONMENTAL, CORP., HYDRO
TECH ENVIRONMENTAL ENGINEERING AND
GEOLOGOY, D.P.C., MOSTAFA EL SEHAMY, MARK E.
ROBBINS, and TAREK Z. KHOURI,
                                                      *Defendants*.
---------------------------------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

        Enter my appearance as counsel in this case for defendants Hydro Environmental Contracting Corp. d/b/a Enviro Drilling and Contracting, Inc., Hydro Tech Environmental, Corp., Hydro Tech Environmental Engineering and Geology, D.P.C. f/k/a Hydro Tech Environmental, Corp., Tarek Z. Khouri and Mark F. Robbins.

        I certify that I am admitted to practice in this Court.

*Dated:* April 30, 2018

                                              **HAMBURGER, MAXSON, YAFFE
                                              & McNALLY, LLP**
                                              *Attorneys for Defendants Hydro Environmental Contracting Corp. d/b/a Enviro Drilling and Contracting, Inc., Hydro Tech Environmental, Corp., Hydro Tech Environmental Engineering and Geology, D.P.C. f/k/a Hydro Tech Environmental, Corp., Tarek Z. Khouri and Mark F. Robbins*

                      By: _____
                                              Lane T. Maxson, Esq.
                                              225 Broadhollow Road, Suite 301E
                                              Melville, New York 11747
                                              631.694.2400
                                              631.694.1376 facsimile
                                              lmaxson@hmylaw.com