UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JULIO GALARZA, et al.,

                              Plaintiffs                               **REPORT AND**
                                                                         **RECOMMENDATION**
               -against-                                           CV 18-1380 (ADS) (ARL)

HYDRO ENVIRONMENTAL CONTRACTING CORP.
doing business as Enviro Drilling & Contracting
Inc., et al.,

                              Defendants.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the Court, on referral from District Judge Spatt, are the motions to dismiss filed by Langan Engineering and Environmental Services, Inc. (ECF No. 56 ), Haks Engineers, Architects, and Land Surveyors, D.P.C. (ECF No. 60 ) and the plaintiffs' cross-motion to amend the complaint. By letter dated June 10, 2019, the plaintiffs advised the Court that the parties have reached a settlement in principle. During a conference held before the undersigned today, the parties indicated that they intend to submit a motion for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) with respect to the plaintiffs' FLSA claims by August 16, 2019. The parties also advised that they do not object to having the motions denied with leave to renew should the settlement agreement not be finalized. Accordingly, the undersigned respectfully recommends that the motions identified in this report be denied with leave to renew.

      A copy of this Report and Recommendation is being electronically served by the Court on the parties. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule 72 of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. Such objections shall be filed with the Clerk of the Court via ECF. Any requests for an extension of time for filing objections must be directed to Judge Spatt prior to the expiration of the fourteen (14) day period for filing objections. Failure to file objections will result in a waiver of those objections for purposes of appeal of the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed R. Civ. P 72; *Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.*, 596 F.3d 84, 92 (2d Cir. 2010); *Beverly v. Walker*, 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchant's Bank*, 84 F.3d 52, 60 (2d Cir. 1996).

Dated: Central Islip, New York                     SO ORDERED:
        July 25, 2019

                                                             _____/s_____
                                                             ARLENE R. LINDSAY
                                                             United States Magistrate Judge