TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
DISTRITO ORIENTAL DE NUEVA YORK
-----------------------------------------------------------------------X
JULIO GALARZA, VICTOR CONTRERAS,
SILVESTRE CASTILLO, GILBERTO UBILLUZ,
JOSE RAMIREZ, MIGUEL VASQUEZ, y
RODOLFO CUADROS, on behalf of themselves and all
other persons similarly situated,

Docket No.: 18-cv-01380
(ADS) (ARL)

Demandantes,

-contra-

HYDRO ENVIRONMENTAL CONTRACTING,
CORP d/b/a ENVIRO DRILLING & CONTRACTING
INC., HYDRO TECH ENVIRONMENTAL CORP.,
HYDRO TECH ENVIRONMENTAL ENGINEERING
AND GEOLOGY, D.P.C., MOSTAFA EL SEHAMY,
MARK E. ROBBINS, TAREK Z. KHOURI,
HAKS ENGINEERS, ARCHITECTS AND LAND
SURVEYORS, D.P.C. y LANGAN ENGINEERING
AND ENVIRONMENTAL SERVICES, INC.,

Demandado.
-----------------------------------------------------------------------X

## DECLARACIÓN DEL DEMANDANTE OPT-IN EFRAIN HERNANDEZ

EFRAIN HERNANDEZ, de conformidad con 28 U.S.C. § 1746, declara que lo siguiente es cierto bajo pena de perjurio:

1. Soy un Demandante opcional en el asunto mencionado anteriormente. Hago esta declaración por conocimiento personal y, si se me llama a declarar, podría y testificaría sobre los hechos aquí expuestos.

2. Resido en _CAROLINA DEL SUR, 16 QUEENS RD FLORENSE. S.C._

3. El 5 de noviembre de 2018, me uní a esta acción mediante la presentación de un formulario de consentimiento para unirse. D.E. 76.

1

4. El 7 de junio de 2019, participé en la mediación de esta demanda por teléfono. Durante esa mediación, comuniqué mi acuerdo y consentimiento a los términos del acuerdo por teléfono.

5. El 8 de octubre de 2019, firmé el Acuerdo de Liquidación y Liberación.

6. La firma sobre la línea que lleva mi nombre, Efraín Hernández, en el Acuerdo de Conciliación y Liberación es una firma verdadera y correcta hecha por mí.

7. Entiendo que la firma indica mi consentimiento y acuerdo con los términos del Acuerdo de Conciliación y Liberación y que estoy obligado por esos términos, incluida la liberación de ciertos reclamos, sin oportunidad de presentar dichos reclamos nuevamente.

8. Someto esta declaración a las sanciones de perjurio y entiendo que estoy sujeto a sanciones civiles y penales si esta declaración es deliberadamente falsa.

9. Esta declaración me ha sido leída en mi lengua materna del español.

Fecha: 10/28/19

_____
EFRAÍN HERNÁNDEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JULIO GALARZA, VICTOR CONTRERAS,
SILVESTRE CASTILLO, GILBERTO UBILLUZ,
JOSE RAMIREZ, MIGUEL VASQUEZ, and
RODOLFO CUADROS, on behalf of themselves and all
other persons similarly situated,

Docket No.: 18-cv-01380
(ADS) (ARL)

Plaintiffs,

-against-

HYDRO ENVIRONMENTAL CONTRACTING,
CORP d/b/a ENVIRO DRILLING & CONTRACTING
INC., HYDRO TECH ENVIRONMENTAL CORP.,
HYDRO TECH ENVIRONMENTAL ENGINEERING
AND GEOLOGY, D.P.C., MOSTAFA EL SEHAMY,
MARK E. ROBBINS, TAREK Z. KHOURI,
HAKS ENGINEERS, ARCHITECTS AND LAND
SURVEYORS, D.P.C. and LANGAN ENGINEERING
AND ENVIRONMENTAL SERVICES, INC.,

Defendants.
-------------------------------------------------------------------X

## **DECLARATION OF OPT-IN PLAINTIFF EFRAIN HERNANDEZ**

EFRAIN HERNANDEZ, pursuant to 28 U.S.C. § 1746, declares the following is true under the penalty of perjury:

1. I am an opt-in Plaintiff in the above-captioned matter. I make this declaration upon personal knowledge and, if called to testify, could and would testify to the facts asserted herein.

2. I reside at _____ _____.

3. On November 5, 2018, I joined this action by filing a Consent to Join form. D.E. 76.

4. On June 7, 2019, I participated in the mediation of this lawsuit by telephone. During that mediation, I communicated my agreement and consent to the terms of the settlement by telephone.

5. On October 8, 2019, I signed the Settlement Agreement and Release.

6. The signature above the line bearing my name, Efrain Hernandez, on the Settlement Agreement and Release is a true and correct signature made by me.

7. I understand that signature indicates my consent and agreement to the terms of the Settlement Agreement and Release and to be bound by those terms, including a release of certain claims, without opportunity to bring any such claims again.

8. I make this declaration subject to the penalties of perjury and understand that I am subject to civil and criminal penalties if this declaration is willfully false.

9. This declaration has been read to me in my native language of Spanish.

Dated: _____                          _____
                                                EFRAIN HERNANDEZ